HENRY BENTON RANKEN, Appellant, *v.* MICHAEL DONOVAN et al., as Trustees under the Will of BESSIE C. DONOVAN, Deceased, Respondents.

*Ranken* v. *Donovan*, 46 App. Div. 225, affirmed.
(Argued March 25, 1901; decided April 1c, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 5, 1900, affirming a judgment in favor of defendants entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Jesse W. Johnson* for appellant.

*George G. Reynolds* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: PARKER, Ch. J., and CULLEN, J.